IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　Case No. 13-CR-109

LORI HALL,

　　　　　Defendant,

SOUTH SHORE BREWERY,

　　　　　Garnishee Defendant.

### ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 17th day of April, 2019.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge